# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1076

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Northern District of Iowa. |
| Joseph T. McDonald, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: July 26, 2010
Filed: July 28, 2010

_____

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Joseph McDonald appeals the sentence the district court[1] imposed after revoking his supervised release. Upon careful review, we conclude that the revocation sentence is not unreasonable. See United States v. Tyson, 413 F.3d 824, 825 (8th Cir. 2005) (per curiam) (revocation sentences are reviewed for unreasonableness in accordance with United States v. Booker, 543 U.S. 220 (2005)). Accordingly, we affirm the district court's judgment, and we grant counsel's motion to withdraw.

_____

_____

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.